IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GWENDOLYN WRIGHT-ADSIDE, : | |
| Plaintiff : | |
| v. : | CASE NO. 5:06-CV-112 (HL) |
| MICHAEL J. ASTRUE, : Commissioner of Social Security, | |
| Defendant : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 13) filed August 16, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 28th day of September, 2007.

*s/ Hugh Lawson*
HUGH LAWSON, Judge
United States District Court